# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **MARLENA ALDRICH and KRISTEN NOLAN**, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:15-CV-00578-JHM-CHL<br>) |
| vs. | )<br>) |
| **THE UNIVERSITY OF PHOENIX, INC.**, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

Being fully advised, the Court hereby **GRANTS** Defendant The University of Phoenix, Inc.'s Motion for Leave to File Sur-Reply. The Sur-Reply shall be filed into the record as of this date.

This _____ of _____, 2015.

_____
Judge, United States District Court